**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOHNNIE LEE DIRDEN,

     Plaintiff,

v.                                                    CASE NO. 3:21cv83-MCR-EMT

STATE OF FLORIDA, et al.,

     Defendants.

_____/

# O R D E R

The chief magistrate judge issued a Report and Recommendation on January 29, 2021. ECF No. 3. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

1.     This matter is **REMANDED** to the state court from which it was removed.

2.     The clerk of court is directed to close the file.

**DONE AND ORDERED** this 29th day of March 2021.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv83-MCR-EMT